AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/27/2008 |
| NAME OF SERVER (PRINT) Nayna Gupta | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Pursuant to Federal Rule of Civil Procedure 4(j)(2), SCR-Civil 4(c)(3), and SCR-Civil 4(j), a copy of the summons and First Amended Complaint were served by certified mail, return receipt requested, upon Peter J. Nickles, Interim Attorney General of the District of Columbia, Office of the Attorney General, Government of the District of Columbia, One Judiciary Square, 441 4th Street, NW, Suite 1060N, Washington, DC 20001. A copy of the return receipt is attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/07/2008
                   *Date*

*Signature of Server*

RELMAN & DANE, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ✗ _Morgan Willis_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Morgan Willis_ C. Date of Delivery _03-28-08_<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Peter J. Nickels<br>Interim Attorney General<br>of the District of Columbia<br>Office of the Attorney General<br>Government of the District of Columbia<br>One Judiciary Square<br>441 4th Square, NW<br>Suite 1060N<br>Washington DC 20001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0001 2564 1759 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540