UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAZIER CAUDLE, *et al.*        )<br>                                              )<br>           Plaintiffs,         )<br>                                              )<br>    v.                                    )<br>                                              )<br>DISTRICT OF COLUMBIA, *et al.* )<br>                                              )<br>           Defendants.        )<br>_____) | Civil Action No. 08-205  (HHK) |

## PRAECIPE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Michael P. Bruckheim, Assistant Attorney General, as attorney for defendant District of Columbia.

Please enter the appearance of Dwayne C. Jefferson, Assistant Attorney General, on behalf of defendant District of Columbia.

This 18th day of April, 2008

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

By: _____/s/_____
DWAYNE C. JEFFERSON[1]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT**
**DISTRICT OF COLUMBIA**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, I caused the foregoing to be filed with the Clerk of the U.S. District Court for the District of Columbia using the Electronic Case Filing system, which will send notification of such filing to:

GLENN SCHLACTUS, ESQ.
Relman & Dane, PLLC
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

COUNSEL FOR PLAINTIFFS

_____/s/_____
DWAYNE C. JEFFERSON
Assistant Attorney General

---

[1] Mr. Jefferson is appearing under Rule 49 (c) (4) of the District of Columbia Court of Appeals and LCvR 83.2.