# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FRAIZER CAUDLE, ET AL

   Plaintiff(s)

V.                                        Civil Action No.   08-205

DISTRICT OF COLUMBIA

   Defendant(s)

## JUGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

Barbara Jacobs Rothstein, Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

Frazier Caudle

have and recover of and from the defendant(s):

District of Columbia

the sum of  $100,000.00

together with costs.


ANGELA D. CAESAR, Clerk

Dated: December 19, 2013.       By: /s/ Tonya T. Hightower
                                                                         Deputy Clerk